**Dismissed and Memorandum Opinion filed September 18, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00703-CR

**WILLIAM JAMES SULLIVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 176th District Court
### Harris County, Texas
### Trial Court Cause No. 1170819

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated assault against a public servant. After a pre-sentence investigation, the trial court deferred a finding of guilt and placed appellant on community supervision for six years. On April 16, 2012, the State filed a motion to adjudicate appellant's guilt, alleging that appellant failed to abide by two conditions of the terms of the community supervision order. Appellant entered a plea of true to the allegations in the State's motion to adjudicate, and he signed a written waiver of the right to appeal. The trial court adjudicated appellant's guilt, and on June 27, 2012, the court sentenced him to confinement for twelve years in the Institutional Division of

the Texas Department of Criminal Justice. Appellant filed a *pro se* notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that the defendant waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record contains the signed, written waiver of the right to appeal in support of the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b)